FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

DOB 9-3-66

Ready  200967608
(Last Name) (Identification Number)

Rodney  Dion
(First Name) (Middle Name)

ADC  Jackson Co. MS
(Institution)

65 Bruce Evans Dr. Pascagoula, MS 39567 / 10431 Saracenia Rd Moss Point, M 39562
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 24 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

V.  CIVIL ACTION NUMBER: 1:18cv282 HSO-JCG
(to be completed by the Court)

Jackson Public Defenders Office
Jackson County ADC legal & Classification
Jackson County Circuit Courts
JCSO / Jackson County County Courts
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)  No ( )

B. Are you presently incarcerated?
   Yes (✓)  No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?  pretrial
   Yes ( )  No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )  No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )  No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )  No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Rodney Ready   Prisoner Number: 2089626080903

Address: 65 Bruce Evans Drive
Pascagoula, MS 39567
10431 Saracenia Rd Moss Point MS 39567

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: JC Public Defenders Office
JC ADC paralegal is employed as Legal Representation
Classification
at Jackson County

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:   ADDRESS:

Rodney Ready   65 Bruce Evans Dr. Pascagoula, MS 39567
10431 Saracenia Dr. Moss Point MS 39567

DEFENDANT(S):

J.C.   NAME: Public Defenders   ADDRESS: P.O. 998 Pascagoula MS 39568
J.C   ADC 65 Bruce Evans Rd Pascagoula MS 39568
JC   Circuit Courts P.O 998 Pascagoula, MS 39568
JC   Sheriffs Dept

Page 2 of 4

# OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action:

2. Court (if federal court, name the district; if state court, name the county):

3. Docket Number:

4. Name of judge to whom case was assigned:

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)

Page 3 of 4

**STATEMENT OF CLAIM**


III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I am sitting Here with Bond revoked on a charge That come up on my record. I been Here 90 day without a Attorney visit To discuss my case Nor Have I been To Any Kind of court proceeding I Have never received Any Kind of paperwork on The comeburglary charge. Here At the ADC They Have a paralleagel & Classification which will Not Assist inmate To do nothing At All

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I Need some representation so I can Bond out because I Have A Conflict of Interest with JCSD For calling internal Affairs on a Officer.

Signed this 7 day of August, 20 18.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Rodney Dion Ready
Signature of plaintiff

Page 4 of 4

They tell you ask your attorney. We have no direct line to attorney on this kiosk and the paralegal gets upset because she has to forward messages to public defender. In 90 days of messages to PD I have not got the first reply. You can look on kiosk records to see what I'm saying is true. The trays we get here are always short and there always short. There has been times we were denied breakfast trays because they were short. Visits have been canceled when people come to visit because the visitation machine has been messed up for over 3 weeks. The air condition in 6 cells in B-20 has been broke. Maintance request has been written for over 6 weeks on kiosk with no reply. They keep people in here for months on end with no legal repensatation. The charge I'm revolked on is 11 months old. It was bound over on 9-27-17 and 6 officers hacked my record and it doesnt show up and I havent had a indictment, neither have I had a attorney visit on this matter, no hearing for bond reinstatement or reduction.

8-7-18

10-2017   I Filed A BOI before bonding out
6-16-18  Motion For Reinstatement & BoI
7-4-18   Motion For A Speedy Trial
7-4-18   Motion To reinstate Bond
7-4-18   Motion To Dismiss
7-4-18   Motion To reduce Bond
7-11-18  Motion To reinstate Bond
7-11-18  Motion For Speedy Trial
7-11-18  Motion For Discovery
7-16-18  BOI To Public Defenders office
7-24-18  BOI To Public Defenders office
8-1-18   I Never received A stamp Filed Motion Back To Me Til August 1, 2018
7-5-18   Mailed Letter To public defenders office
7-17-18  Mailed Letter To public defenders office

Til This day 8-7-2018 I Have Not received Any reply From Public Defenders office Nor Has Any request To public defenders office on Kiosk been Answered back. I Have Written numerous request on it. No Help From Legal or Classification Here At ADC They wont even Tell you A court date Here

ZONE 20 Petition For Legal Assistance

| # | Inmate Name | Inmate # | How long Locked up |
|---|---|---|---|
| 1. | ~~Rodney Ready~~ | 200967608 | ~~May 19 2018~~ |
| 2. | Earnest Bolling III | 200950957 | May 13, 2018 |
| 3. | Charles Cherry | 201000629 | June, 30, 2018 |
| 4. | Curtis Remley | 201019990 | March, 3-5, 2018 |
| 5. | Michael Sutton | 201005231 | July 24 2018 |
| 6. | Derrick Collins | | |
| 7. | Anthony Warren | | May 21, 2018 |
| 8. | Demetric Jackson | | May 21, 2018 |
| 9. | Michael Senseney | | May 3, 2018 |
| 10. | Trevian Stallworth | | August 29 2017 |
| 11. | Michael Donald | | June 27 2017 |
| 12. | Elijah Bolton | 201019163 | 4-30-2018 |
| 13. | Frank Mullis | | 6-21-2018 |
| | | | 9-15-2017 |

Rodney Ready, #200967608-09-03
Jackson Co MS Detention Center
1719 Kenneth Ave
Pascagoula, MS 39567

8-7-18

I am trying to get my bond reinstated so I can bond out of here, besides the food and treatment we recieve here. There are maintence issues also. Ants, cockroaches and spiders and one guy in this Zone has had staff 3 times in the past month. I called internal affairs on deputy Penick Wilton 4 months ago and now her a sargent here at AdC. I believe there is a conflict of interest going on between me + JCSD. My Bond is Revolked on a charge that don't come up on my record for over 80 days. I have sent numerous motions to circuit court to try to get my bond unrevolked and reduced. I am seeking any legal help I can get. I wrote the ACLU also the other day as you tell by my records and the Kiosk records the public defenders does not respond to any request. Thank you for any help you can give me.

Rodney Ready

I have also observed Sargent Goff Poking Ernest Bolling in the chest with his finger over a discussion about us not getting fed breakfast to the best of my knowledge was on 6-21-18 we have grievances on the kiosk to back this up.

I Earnest Bolling III ID#20095095 on 6-21-18 was poked in the chest aggressivly By Sgt. Goff over and over aggressivly while haveing a conversation over not having trays for the 2nd day in a row. Zone 20 was the only Pod That didn't get trays Because of them not doing there Job letting inmates getting extra trays. But I feel strongly violated of my rights and feel mentally and emoitionally and cruly violated. My 8th amendment (crule + onusual Bunishment) has Been Violated. Some thing has to be Done. Please Thank you and god Bless

X Earnest Bolling III
ID# 20095095

Also in cell 2025 the light Fixture leeks all the time, fills up a foot tub and is a major fire hazard. Michael Sutton who's in that cell (2025) he has a spider bite on his right knee and had it for a week before being seen by a doctor and till this day he still is having problems walking and is not receiving medcial treatment. ID # 201005231

Michael M Sutton Jr

I gave the paralegal my financial statement for filing fees she gave it to ~~paralegal~~ canteen lady Mrs Pleasant

~~I don't know this message applies to you personally and without getting a reply so~~

Mrs Pleasant gave it to a officer to give to me but they didn't bring it to me.

This was 8-7-2018
Now its 8-20-2018
This is how the Sheriffs Dept operates. We have a conflict of interest going on between me & them.

Copyright 1978 - Good News Jail & Prison Ministry