8-28-18

TO: The Honorable Judge John C.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -5 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

Your Honor Sir, I will need A Attorney for this Civil Action Case # 1:18cv282HSO-JCG. And Theres no way I can Afford one. Even so Theres no possible way to contact one Here From ADC. Sir I dont Have any Family to do so on the outside. My Folks are deceased and I'm pretty much on my own. I also Have great Consern about A Conflict of Interest with The Jackson County Public Defenders Office and Being Held Here At The ADC Here in Jackson County. Sir when I got your Notice of Assignment 8/24/18 just so Happen A Public Defender Mr. Mikeal Cunningham From The P.D. Offices showed up Here At The ADC and informed me of A court date of 10-10-2018. Then on 8-28-2018 I received A Letter of Incarceration which I Have been Trying To get For At Least over A week Ago in which it states To whom it may concern I'm incarcerated Here At the ADC and don't Have any court date. My real cocern is To remain stuck in This ADC with no representation on my current charges If I Have representation

From Jackson County Public Defenders Office Here in The Jackson Circuit Court with the State Prosecutor Here in Jackson County. And me being prolonged To be stuck Here in Jackson County ADC and If I will recieve proper Representation From The Jackson County Public Defenders Office. Its Already A problem getting Treated Fair Here in Jackson County, Mississippi. Maybe sir you could recamend what is my best option as For As representation Here in Jackson County. I Feel I'm going To be Treated Unfairly & misrepresentated.

Thank you very much For your ~~Opinion~~ Opinion & Guideance Sir

Rodney Ready

Sir I dont want To be stuck Here & Railroaded. Things are Bad enough Here As it is. To ~~For~~ Judge Gargiulio