# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RODNEY DION READY**                                                  **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:18-CV-282-JCG**

**DERRICK WELTON, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order Dismissing Plaintiff's Complaint Due to Plaintiff's Failure to Prosecute and Abide by Orders of the Court, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 3rd day of February, 2020.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE